Mansoor **MOHAMMADZADEH**; Lucia Velicu, Petitioners,

v.

Michael B. **MUKASEY**, Attorney General, Respondent.

No. 04–75452.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 17, 2008.

Filed April 23, 2008.

---

Before: KOZINSKI, Chief Judge, WALLACE and N.R. SMITH, Circuit Judges.

**MEMORANDUM***

1. Mohammadzadeh voluntarily gave up his visa to Romania, so petitioners are ineligible for asylum. *See Vang v. INS*, 146 F.3d 1114, 1117 (9th Cir.1998).

2. Petitioners are also necessarily ineligible for withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

3. Petitioners' claims for relief under the Convention Against Torture fail because a reasonable adjudicator would not be compelled to find that it's more likely than not that they would be tortured if removed. *See* 8 C.F.R. § 1208.16(c)(2).

4. Petitioners don't point to any specific translation errors, so they can't show that "a better translation would have made a difference in the outcome of the hearing." *Acewicz v. INS*, 984 F.2d 1056, 1063 (9th Cir.1993).

**PETITION DENIED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.